| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>64-CV-2009-900260.00 |
|---|---|---|

## IN THE CIVIL COURT OF WALKER, ALABAMA
## TAMMIE COLEMAN ET AL v. LIVEOPS, INC.

**NOTICE TO** LIVEOPS, INC., ISL INC. 2094 MYRTLEWOOD DR., MONTGOMERY, AL 36111

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY ROMAN ASHLEY SHAUL
WHOSE ADDRESS IS 272 COMMERCE STREET, MONTGOMERY, AL 36104

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of **TAMMIE COLEMAN** pursuant to the Alabama Rules of the Civil Procedure

| 7/20/2009 3:24:18 PM | /s SUSAN ODOM | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested

/s ROMAN ASHLEY SHAUL
Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____
_____ in _____ County, Alabama on _____

| Date | Server's Signature |
|---|---|

# EXHIBIT A

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93 Rev.5/99 | COVER SHEET<br>CIRCUIT COURT - CIVIL CASE<br>(Not For Domestic Relations Cases) | Case Number:<br>64-CV-200<br>Date of Filing:<br>07/20/2009 |
|---|---|---|


ELECTRONICALLY FILED
7/20/2009 3:24 PM
CV-2009-900260.00
CIRCUIT COURT OF
WALKER COUNTY, ALABAMA
SUSAN ODOM, CLERK

## GENERAL INFORMATION

IN THE CIRCUIT OF WALKER COUNTY, ALABAMA
TAMMIE COLEMAN ET AL v. LIVEOPS, INC.

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

### NATURE OF SUIT:

**TORTS: PERSONAL INJURY**

☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonnes
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**

☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**

☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**

☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawfyul Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☑ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER
R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ Yes ☑ No

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** SHA056    7/20/2009 3:23:00 PM    /s ROMAN ASHLEY SHAUL

**MEDIATION REQUESTED:** ☐ Yes ☑ No ☐ Undecided



IN THE CIRCUIT COURT OF WALKER COUNTY, ALABAMA
FOURTEENTH JUDICIAL CIRCUIT

TAMMIE COLEMAN and DIANDRA )
SMITH, on behalf of themselves and all )
others similarly situated, )
)
      Plaintiffs, )
)
-vs- ) Civil Action No. _____
)
LIVEOPS, INC., )
)
      Defendants. )

## COMPLAINT

COMES NOW the Plaintiffs, DIANDRA SMITH and TAMMIE COLEMAN, and files this lawsuit against the Defendant, LIVEOPS, INC., pursuant to §216(b) of the Fair Labor Standards Act (hereinafter "FLSA"or "the Act") and for this cause of action states the following:

1. Defendant LiveOps, Inc. is a Delaware corporation, headquartered in California, who conducts business throughout the United States, including in the State of Alabama.

2. Plaintiff Tammie Coleman is a resident of Walker County, Alabama.

3. Plaintiff Diandra Smith is a resident of Madison County, Alabama.

4. At all times material to this action, Plaintiffs worked in their homes for the Defendant as "Home Agents." Plaintiffs seek to represent not just themselves, but also those similarly situated. Throughout this complaint, where Plaintiffs make allegations concerning themselves, it should also be construed as making allegations about those similarly situated.

5. This action is brought pursuant to the FLSA, 29 U.S.C §201 et seq. and

specifically the collection action provision of the Act found at Section 216(b), to remedy violations of the wage provisions of the FLSA by Defendant which has deprived Plaintiffs of lawful wages.

6. This action is brought to recover unpaid compensation owed to Plaintiffs pursuant to FLSA. For at least three years prior to filing this complaint, Defendant has had uniform policy and practice of intentionally misclassifying its Home Agents as "independent contractors," instead of employees. By misclassifying the Plaintiffs as independent contractors, Defendant seeks to escape the minimum wage and overtime requirements of the FLSA. They further seek to avoid paying their share of payroll taxes, workers compensation premiums and other benefits to which most other employers are required to provide.

7. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1331. Venue is proper in the Circuit Court of Walker County, Alabama.

8. Defendant is subject to personal jurisdiction in the State of Alabama for the purpose of this lawsuit.

9. At all times material to this action, Defendant is an enterprise engaged in commerce or in the production of goods for commerce as defined by §203(s)(1) of the FLSA.

10. At all times relevant to this action, Defendant was an "employer" of Plaintiffs as defined by §203(d) of the FLSA.

11. At all times material to this action, Plaintiffs were "employees" of Defendant as defined by §203(e)(1) of the FLSA, and worked for Defendant within the territory of the United States within three years preceding the filing of this lawsuit.

12. The provisions set forth in §§206 and 207, respectively, of the FLSA apply to Defendant and Plaintiffs. The Plaintiffs were covered by §§206 and 207 of the FLSA while

they were contracted with Defendant.

13. At all times relevant to this action, Defendant employed Plaintiffs in the capacity of Home Agents.

14. The services performed by Plaintiffs were necessary and integral parts of Defendant's business.

15. Plaintiffs were essentially telephone operators - working from home - answering calls from consumers wanting to purchase products they had seen in infomericals on television. Occasionally, Plaintiffs would answer calls from individuals wanting to place orders for other businesses as well. Plaintiffs were required to strictly follow Defendant's policies and procedures while performing their daily tasks. Plaintiffs were subject to critique and discipline if they failed to follow Defendant's directions. Plaintiffs' compensation had very little, if any, dependency on their skill level. Plaintiffs were not paid for the time they spent training to perform services for Defendant. Furthermore, Plaintiffs were not paid the federal minimum wage for all hours worked. Plaintiffs did not receive overtime pay for hours worked in excess of forty hours each week.

16. Defendant intentionally failed and/or refused to compensate Plaintiffs properly according to the provisions of the FLSA.

17. The systems, practices and duties of the Plaintiffs have existed for more than three years.

18. For at least the last three years, the Defendant has been aware of the requirements of the FLSA and its corresponding regulations. However, they have intentionally and/or recklessly failed to guarantee the federal minimum wage and overtime pay required by the FLSA.

19. Defendant has intentionally and repeatedly misrepresented the true status of the Home Agents. Plaintiffs and all others similarly situated relied upon these misrepresentations and was unable to determine their true status under the FLSA by the exercise of reasonable diligence because of those misrepresentations. Therefore, the applicable statute of limitations governing FLSA actions at 29 U.S.C. §255(a) should be tolled for as long as Defendant engaged or engages in the fraudulent and misleading conduct; which is a period of at least ten (10) years.

20. Defendant has engaged in a widespread pattern and practice of violating the provisions of FLSA by failing to pay Plaintiffs and other similarly situated employees in accordance with §§206 & 207 of the FLSA.

21. As a result of Defendant's violations of the FLSA, the Plaintiffs have suffered damages by failing to receive the required compensation in accordance with §§206 & 207 of the FLSA.

22. In addition to the amount of unpaid wages owed to Plaintiffs, they are also entitled to recover an additional amount as liquidated damages pursuant to 29 U.S.C. §216(b) and prejudgment interest.

23. Defendant's actions in failing to compensate Plaintiffs, and others similarly situated, was willful and/or reckless.

24. Defendant has not made a good faith effort to comply with the FLSA.

25. Plaintiffs are also entitled to an award of attorney's fees pursuant to 29 U.S.C. §216(b).

**WHEREFORE**, pursuant to §216(b) of the FLSA, Plaintiffs pray for the following relief:

1. That Plaintiffs, and all others similarly situated, be awarded damages in the amount of their respective unpaid compensation, plus an equal amount of liquidated damages pursuant to 29 U.S.C. §216(b), and/or prejudgment interest;

2. That Plaintiffs be awarded reasonable attorneys' fees, including the costs and expenses of this action; and

3. Such other legal and equitable relief including, but not limited to, any injunctive and/or declaratory relief, to which they may be entitled.

/s/ Roman A. Shaul
_____
W. DANIEL "DEE" MILES, III (MIL060)
ROMAN A. SHAUL (SHA056)
Attorneys for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
272 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone No. (334) 269-2343
Fax No. (334) 954-7555
Roman.Shaul@BeasleyAllen.com

**PLAINTIFFS FURTHER DEMAND A TRIAL BY STRUCK JURY ON ALL ISSUES RELATED TO THIS CAUSE**

/s/ Roman A. Shaul
_____
**OF COUNSEL**

# Beasley Allen

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
———————— Attorneys at law ————————

| | | | | |
|---|---|---|---|---|
| JERE LOCKE BEASLEY | RICHARD D. MORRISON | | KENDALL C. DUNSON | NAVAN WARD, JR. |
| J. GREG ALLEN | C. GIBSON VANCE | 218 COMMERCE STREET | SCARLETTE M. TULEY | WESLEY CHADWICK COOK |
| MICHAEL J. CROW | J. P. SAWYER | POST OFFICE BOX 4160 | ROMAN ASHLEY SHAUL | CHRISTOPHER D. GLOVER |
| THOMAS J. METHVIN | C. LANCE GOULD | MONTGOMERY, ALABAMA | W. ROGER SMITH, III | JOHN E. TOMLINSON |
| J. COLE PORTIS | JOSEPH H. AUGHTMAN | 36103-4160 | P. LEIGH O'DELL | WILLIAM H. ROBERTSON, V |
| W. DANIEL MILES, III | DANA G. TAUNTON | (334) 269-2343 | D. MICHAEL ANDREWS | H. CLAY BARNETT, III |
| R. GRAHAM ESDALE, JR. | CLINTON C. CARTER | (800) 898-2034 | BENJAMIN L. LOCKLAR | CHRISTOPHER D. BOUTWELL |
| JULIA ANNE BEASLEY | BENJAMIN E. BAKER, JR. | FAX: (334) 954-7555 | LARRY A. GOLSTON, JR. | J. PARKER MILLER |
| RHON E. JONES | DAVID B. BYRNE, III | BEASLEYALLEN.COM | MELISSA A. PRICKETT | DANIELLE W. MASON |
| LABARRON N. BOONE | TED G. MEADOWS | | ALYCE ROBERTSON ADDISON | SOME ATTORNEYS ADMITTED IN: |
| ANDY D. BIRCHFIELD, JR. | FRANK WOODSON | | RUSSELL T. ABNEY | AZ, AR, DC, FL, GA, KY, LA, MN, MS, MI, NY, OH, OK, PA, SC, TN, TX, WV |

July 21, 2009

Ms. Susan Odom
**Walker County Circuit Court Clerk**
Post Office Box 1389
Jasper, Alabama 35502

**FILED**

**JUL 2 2 2009**

*Susan Odom*
CIRCUIT CLERK - WALKER COUNTY, AL

RE: *Tammie Coleman, et al. v. LiveOps, Inc.*
Case No. 64-CV-2009-900260.00

Dear Ms. Odom:

Enclosed please find a check in the amount of $100.00 for the Jury Demand in the above referenced matter. I inadvertently did not check the box for the Jury Demand when the Complaint was originally filed. If you have any questions, please do not hesitate to contact me.

With best regards, I am,

Very truly yours,

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.

*Beth Warren*

Beth Warren, CLA
Certified Legal Assistant to Roman A. Shaul

Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Livops, Inc.
   ISL, Inc.
   2094 Myrtlewood Dr.
   Montgomery, AL 36111

2. Article Number
   (Transfer from service label)

   7008 2810 0002 0513 2838

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Dede Harbin                   7/23/69

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   D-001

   CV09-900266

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

102595-02-M-1540

IN THE CIRCUIT COURT OF WALKER COUNTY, ALABAMA
FOURTEENTH JUDICIAL CIRCUIT

TAMMIE COLEMAN and DIANDRA )
SMITH, on behalf of themselves and all )
others similarly situated, )
 )
    Plaintiffs, )
 ) Civil Action Case No.
-vs- ) 64-cv-2009-900260
 )
LIVEOPS, INC., )
 )
    Defendant. )

**FILED**
**AUG 0 3 2009**
*Susan Odom*
CIRCUIT CLERK - WALKER COUNTY, AL

## NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS

PLEASE TAKE NOTICE that the Consents to Become Party Plaintiffs (attached hereto) for the following individuals have been forwarded to LiveOps, inc. c/o ISL, INC. which is the registered agent for the Defendant and are filed on behalf of the above-styled Plaintiffs.

1. Branden Cain
2. Burrell Parker Marshall, Jr.
3. Diandra Rae Smith

Respectfully submitted this the 30th day of July, 2009.

/s/ Roman A. Shaul
_____
ROMAN A. SHAUL (SHA056)
Attorney for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone No.(334) 269-2343
Facsimile No. (334) 954-7555
roman.shaul@beasleyallen.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2009, I sent the original and one copy of the foregoing for filing to the Clerk of the Court via United States Postal Service, postage prepaid and I hereby sent a copy to the Defendant as listed below via United States Postal Service, postage prepaid.

/s/ Roman A. Shaul
_____
OF COUNSEL

**Registered Agent:**

**LiveOps, Inc.**
c/o ISL, Inc.
2094 Myrtlewood Drive
Montgomery, AL 36111

IN RE: OVERTIME ACTION AGAINST: § COLLECTIVE ACTION
§
LIVEOPS, INC. §
§ NOTICE OF CONSENT
§
§

    I am a current or former employee of the above name Defendant and/or any of its related entities. I hereby consent to be a party plaintiff in an action to collect unpaid wages. I further agree to be represented by the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. with regards to all claims brought in this action.

**FILED**
AUG 03 2009
Susan Odom
CIRCUIT CLERK - WALKER COUNTY, AL

*Branden Cain*
Signature

Branden Cain
Print Full Legal Name

[redacted]
Address

Middlesboro, KY 40965
City, State Zip

[redacted]
Telephone No.

7-24-09
Date

| IN RE: OVERTIME ACTION AGAINST: | § | COLLECTIVE ACTION |
| --- | --- | --- |
| LIVEOPS, INC. | §§§§§ | NOTICE OF CONSENT |

     I am a current or former employee of the above named Defendant and/or any of its related entities. I hereby consent to be a party plaintiff in an action to collect unpaid wages. I further agree to be represented by the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. with regards to all claims brought in this action.

_Diandra R. Smith_
Signature

_Diandra Rae Smith_
Print Full Legal Name

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

_Huntsville, AL 35805_
Address

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Telephone No.

_07/20/2009_
Date

| | | |
|---|---|---|
| IN RE: OVERTIME ACTION AGAINST: | § § | COLLECTIVE ACTION |
| LIVEOPS, INC. | § § § § | NOTICE OF CONSENT |

I am a current or former employee of the above name Defendant and/or any of its related entities. I hereby consent to be a party plaintiff in an action to collect unpaid wages. I further agree to be represented by the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. with regards to all claims brought in this action.

_Burrell P. Marshall Jr_
Signature

_Burrell Parker Marshall Jr._
Print Full Legal Name

█████████████
Address

_Beckley, West Virginia 25801_
City, State Zip

█████████████
Telephone No.

_07-24-09 (July 24, 2009)_
Date

IN THE CIRCUIT COURT OF WALKER COUNTY, ALABAMA
FOURTEENTH JUDICIAL CIRCUIT

TAMMIE COLEMAN and DIANDRA )
SMITH, on behalf of themselves and all )
others similarly situated, )
             )
  Plaintiffs, )
             )
-vs- )
             )
LIVEOPS, INC., )
             )
  Defendant. )

**FILED**

**AUG 13 2009**

/s/ Susan Odom
CIRCUIT CLERK - WALKER COUNTY, AL

Civil Action Case No.
64-cv-2009-900260

## NOTICE OF FILING CONSENTS TO BECOME PARTY PLAINTIFFS

PLEASE TAKE NOTICE that the Consents to Become Party Plaintiffs (attached hereto) for the following individuals have been forwarded to LiveOps, inc. c/o ISL, INC. which is the registered agent for the Defendant and are filed on behalf of the above-styled Plaintiffs.

1. Tammie Coleman
2. Tracy Jacobs
3. Christina S. Likens

Respectfully submitted this the 12th day of August, 2009.

/s/ Roman A. Shaul

ROMAN A. SHAUL (SHA056)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone No. (334) 269-2343
Facsimile No. (334) 954-7555
roman.shaul@beasleyallen.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2009, I sent the original and one copy of the foregoing for filing to the Clerk of the Court via United States Postal Service, postage prepaid and I hereby sent a copy to the Defendant as listed below via United States Postal Service, postage prepaid.

/s/ Roman A. Shaul
_____
OF COUNSEL

**Registered Agent:**

**LiveOps, Inc.**
c/o ISL, Inc.
2094 Myrtlewood Drive
Montgomery, AL 36111

2

IN RE: OVERTIME ACTION AGAINST: § COLLECTIVE ACTION
§
LIVEOPS, INC. §
§ NOTICE OF CONSENT
§
§

FILED
AUG 13 2009
Susan Odom
CLERK - WALKER COUNTY, AL

    I am a current or former employee of the above name Defendant and/or any of its related entities. I hereby consent to be a party plaintiff in an action to collect unpaid wages. I further agree to be represented by the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. with regards to all claims brought in this action.

__Tammie Coleman__
Signature

__Tammie Stallworth Coleman__
Print Full Legal Name

__[redacted]__
Address

__Gardendale AL 35071__
City, State Zip

__[redacted]__
Telephone No.

__July 28, 2008__
Date

| | | |
|---|---|---|
| IN RE: OVERTIME ACTION AGAINST: | § | COLLECTIVE ACTION |
| | § | |
| LIVEOPS, INC. | § | |
| | § | NOTICE OF CONSENT |
| | § | |
| | § | |

FILED AUG 13 2009
*Susan Odom*
CIRCUIT CLERK - WALKER COUNTY, AL

I am a current or former employee of the above name Defendant and/or any of its related entities. I hereby consent to be a party plaintiff in an action to collect unpaid wages. I further agree to be represented by the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. with regards to all claims brought in this action.

_____
Signature

Tracy Janette Jacobs
Print Full Legal Name

████████████████
Address

Durham, NC 27704
City, State Zip

████████████████
Telephone No.

7/27/09
Date

| | | |
|---|---|---|
| IN RE: OVERTIME ACTION AGAINST: | § | COLLECTIVE ACTION |
| | § | |
| LIVEOPS, INC. | § | |
| | § | NOTICE OF CONSENT |
| | § | |
| | § | |

**FILED AUG 13 2009**
*Susan Odom*
CIRCUIT CLERK - WALKER COUNTY, AL

I am a current or former employee of the above name Defendant and/or any of its related entities. I hereby consent to be a party plaintiff in an action to collect unpaid wages. I further agree to be represented by the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. with regards to all claims brought in this action.

_____
Signature

Christine S. Likens
Print Full Legal Name

[redacted]
Address

Woodridge, IL 60517
City, State Zip

[redacted]
Telephone No.

7.27.09
Date