

FILED

2010 Feb-22  PM 03:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### JASPER DIVISION

| | | |
|---|---|---|
| TAMMIE COLEMAN  and<br>DIANDRA SMITH on behalf of<br>themselves and all others similarly<br>situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LIVEOPS, INC.,<br><br>    Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br>FLSA COLLECTIVE ACTION<br><br>CASE NO.<br>6:09-cv-01648-RDP |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF CLAIMS WITH PREJUDICE

Plaintiffs Diandra Smith, Brandon Cain, Burrell Marshall, and Jessica Abbott (collectively "Plaintiffs") and Defendant LiveOps, Inc. ("LiveOps"), by and through their respective undersigned counsel, hereby file this Joint Motion for Approval of Settlement Agreement and Joint Stipulation for Voluntary Dismissal of Claims With Prejudice ("Joint Motion and Joint Stipulation").   Plaintiffs and LiveOps state the following in support:

1.      Plaintiffs Tammie Coleman and Diandra Smith filed a Complaint against LiveOps in the Circuit Court of Walker County, Alabama alleging

violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b) on behalf of themselves and others similarly situated.

2.     LiveOps timely removed the case to the United States District Court for the Northern District of Alabama and filed an answer and affirmative defenses denying all material allegations and alleging defenses to Plaintiffs' claim. LiveOps continues to deny that it owes any unpaid wage or overtime compensation to Plaintiffs, denies that that it has violated the FLSA or any other law or regulation relating to the payment of wages, and maintains that it has, at all times, properly compensated Plaintiffs.

3.     Five other persons opted into the lawsuit:  Tracey Jacobs, Burrell Marshall, Brandon Cain, Christina Likens, and Jessica Abbott.

4.     Summary judgment was granted in favor of LiveOps with respect to the claims of Plaintiff Tammie Coleman and Opt-in Plaintiff Tracey Jacobs on November 17, 2009.

5.     Plaintiffs subsequently amended their complaint dropping all collective action allegations and joining Opt-in Plaintiffs Burrell Marshall, Brandon Cain, and Jessica Abbott as named plaintiffs.  Former Opt-in Plaintiff Christina Likens was not joined as a named plaintiff and is no longer a party to this action.

6.     The parties have exchanged initial factual disclosures and other information pursuant to Court rules and the Federal Rules of Civil Procedure, and such disclosures have enabled each party to understand and assess the details and substance of their respective claims and defenses.

7.     Based on the understandings and assessments of each party, the parties, acting at arms length and in good faith, and with the advice of counsel, negotiated and entered Settlement Agreements.

8.     Pursuant to the Fair Labor Standards Act ("FLSA"), the Court must review and approve agreements settling alleged violations of the FLSA.  See Brooklyn Savings Bank v. O'Neil, 324 U.S. 697 (1945); D.A. Schulte, Inc. v. Gangi, 328 U.S. 108 (1946); see also Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982) (claims for back wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor).  Accordingly, Plaintiffs and LiveOps are submitting copies of the fully executed Settlement Agreements for the Court's review, ratification, and approval.  Copies of the executed Settlement Agreements are attached as Exhibits A and B.

9.     Plaintiffs Diandra Smith, Brandon Cain, Burrell Marshall  and LiveOps entered into a written Settlement Agreement and General Release that memorializes the terms of the settlement (See Exhibit A).   In exchange for

Plaintiffs Diandra Smith, Brandon Cain, and Burrell Marshall's full and complete release of their claims against LiveOps and their voluntary dismissal of this action with prejudice, LiveOps has agreed to pay them the total sum of $3,500. The sum payable under the terms of the Settlement Agreement is inclusive of any and all attorney's fees to which Plaintiffs' counsel may be entitled under the FLSA.

10.     Plaintiff Jessica Abbot entered into a separate written Settlement Agreement and General Release that memorializes the terms of the settlement between herself and LiveOps (See Exhibit B).  In  exchange for LiveOps' agreement not to pursue any legal action against her to recover contract payments made by LiveOps to her or any damages arising from or in connection with services performed by her for LiveOps or its clients pursuant to the Independent Contractor Agreement, Plaintiff Jessica Abbott has agreed to release all of her claims against LiveOps and voluntarily dismiss this action with prejudice.

11.     Plaintiffs and LiveOps agreed that they would submit the instant Joint Motion and Joint Stipulation to this Honorable Court requesting the dismissal of Plaintiffs' claims, with prejudice.

12.     Plaintiffs and LiveOps respectfully request that upon this Court's approval of the Settlement Agreement, the Court dismiss the instant matter with prejudice, with Plaintiffs and LiveOps to bear their own attorneys' fees and costs.

WHEREFORE, for all the forgoing reasons, the parties jointly request that the Court grant this Joint Motion for Approval of Settlement Agreement and Joint Stipulation For Voluntary Dismissal of Claims With Prejudice, and enter the proposed Order attached hereto.

Respectfully submitted this 22nd day of February, 2010.

*s/ C. Lance Gould*      (with permission)
C. Lance Gould
BEASLEY, ALLEN, CROW,
METHVIN, PORTIN & MILES
Post Office Box 4160
Montgomery, AL 36103-4160
Telephone:  334-269-2343
Facsimile:  334-954-7555
lance.gould@beasleyallen.com

*s/Kelly D. Reese*
Kelly D. Reese   (ASB-0637-E53K)
LITTLER MENDELSON
Riverview Plaza
63 South Royal Street, Suite 901
Mobile, AL  36602.3218
Telephone: 251.432.2477
Facsimile: 251.432.0427
kreese@littler.com

Jacqueline E. Kalk (*Pro Hac Pending*)
LITTLER MENDELSON P.C.
1300 IDS CENTER
80 South 8th Street
Minneapolis, MN 55402-2136
Telephone: 612.630.1000
jkalk@littler.com

Stacey Bradford (ASB-6523-U845)
LITTLER MENDELSON P.C.
Wachovia Tower
420 20th Street North, Suite 2300
Birmingham, AL 35203-3204
Telephone: 205.421.4700
Facsimile: 205.421.4699
sbradford@littler.com

**Attorneys for Defendant**
**LiveOps, Inc.**